# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** STEELMAN ENTERPRISES, LLC
**Case Number:** 4:09-BK-33960-JMM  **Chapter:** 12
**Date / Time / Room:** TUESDAY, NOVEMBER 15, 2011 11:15 AM  COURTROOM 206
**Bankruptcy Judge:** JAMES M. MARLAR
**Courtroom Clerk:** LUPE MARTINEZ
**Reporter / ECR:** BEVERLY GRANILLO

## Matter:

DEBTOR'S MOTION TO ENFORCE ASSUMED LAND LEASE AND CONTINUE FARMING

**R / M #:**  69 / 0

## Appearances:

DAVID M. REAVES, TRUSTEE, APPEARING BY TELEPHONE
ROBERT M. COOK, ATTORNEY FOR CUSTOM TILLAGE & SPRAY, LLC, S & S FARMS PARTNERSHIP, AND STEELMAN ENTERPRISES, LLC, APPEARING BY TELEPHONE
MR. STEVIE STEELMAN, JR., APPEARING BY TELEPHONE
SEAN O'BRIEN, ATTORNEY FOR ML MANAGER, APPEARING BY TELEPHONE

## Proceedings:

MR. COOK REPORTS THAT THE PARTIES HAVE NOT REACHED A RESOLUTION.

MR. O'BRIEN REPLIES THAT THE DEBTOR IS THE LESSEE. THE LANDLORD WAS HIS CLIENT'S BORROWER. HIS CLIENT LENT MONEY TO THE PREDECESSOR OF THE LANDLORD, WHICH SECURED A LIEN RELATING TO THE LOAN. A FORECLOSURE OF THE UNDERLYING LAND IS SCHEDULED FOR JANUARY 3, 2012.

THE COURT ASKS HOW THE DEBTORS' CONFIRMED PLAN BINDS MR. O'BRIEN'S CLIENT AS A MATTER OF LAW.

MR. COOK RESPONDS.

MR. REAVES STATES HIS CONCERNS. A FORECLOSURE WOULD ESSENTIALLY WIPE OUT THE DEBTORS' ABILITY TO EFFECTUATE A PLAN.

MR. COOK STATES THAT THE CURRENT COTTON CROP IS BEING HARVESTED. THE HARVEST SHALL BE COMPLETED BY DECEMBER 31, 2011.

DISCUSSION IS HELD.

COURT: THE MOTION WILL BE DENIED. MR. O'BRIEN IS TO SUBMIT A FORM OF ORDER.

Case 4:09-bk-33960-BMW   Doc 78   Filed 11/15/11   Entered 11/22/11 15:24:40   Desc
Main Document    Page 1 of 1