**THIS ORDER IS APPROVED.**

Dated: November 23, 2011

*James M. Marlar*

**James M. Marlar, Chief Bankruptcy Judge**

**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona 85004-2553
Telephone: (602) 257-7954
Facsimile: (602) 254-4878
Séan P. O'Brien – 010540
spobrien@gustlaw.com

Attorneys for ML Manager LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>STEELMAN ENTERPRISES, LLC,<br>       Debtor,<br><br>S & S FARMS, PARTNERSHIP,<br>       Debtor,<br><br>CUSTOM TILLAGE & SPRAY, LLC,<br>       Debtor. | Case No. 4:09-bk-33960-JMM<br>Case No. 4:09-bk-33962-JMM<br>Case No. 4:09-bk-33963-JMM<br>(Jointly Administered)<br><br>(Chapter 12) |

**ORDER DENYING MOTION TO ENFORCE**
**ASSUMED LAND LEASE AND CONTINUE FARMING**

This matter having come on for hearing on November 15, 2011, on Debtor's Motion to Enforce Assumed Land Lease and Continue Farming, ML Manager LLC having filed its Response in Opposition to Motion to Enforce Assumed Lease and Continue Farming, the Court having duly considered the arguments of counsel and all matters of record, and good cause appearing therefore,

JAC:jac 1627589.1 11/16/2011

1         IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

2         Denying Debtor's Motion to Enforce Assumed Land Lease

3 and Continue Farming and the relief sought therein for the

4 reasons set forth on the record.

5

6                                 ORDERED ACCORDINGLY
                                (Signed and dated above)

JAC:jac 1627589.1 11/16/2011

Case 4:09-bk-33960-BMW   Doc 79   Filed 11/23/11   Entered 11/28/11 08:19:36   Desc
Main Document - Motion to Approve     Page 2 of 2