# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** STEELMAN ENTERPRISES, LLC
**Case Number:** 4:09-BK-33960-BMW  **Chapter:** 12
**Date / Time / Room:** TUESDAY, JUNE 24, 2014 10:30 AM  COURTROOM 446
**Bankruptcy Judge:** BRENDA M. WHINERY
**Courtroom Clerk:** LUPE MARTINEZ
**Reporter / ECR:** WESLEY STANGRET

## Matter:

STATUS HEARING AND MOTION TO DISMISS CHAPTER 12 CASE, FILED BY THE TRUSTEE

**R / M #:** 87 / 0

## Appearances:

DAVID M. REAVES, TRUSTEE , Appearing by Telephone
ANDY EVANS, ATTORNEY FOR DEERE AND COMPANY, Appearing by Telephone

## Proceedings:

MR. REAVES GIVES AN UPDATE AND STATES THAT THE DEBTOR HAS CURED THE DEFAULTS UNDER THE PLAN.  THEY SOLD A COTTON PICKER THAT IS ENCUMBERED BY THE JOHN DEERE LIEN.  HE HAS THE PROCEEDS AND IS HAND-DELIVERING A CHECK TO JOHN DEERE'S COUNSEL THIS MORNING, WITH INTEREST.  THEY WILL BE CURED, AND ALL DELINQUENT PAYMENTS ARE GOING TO BE CURED AS WELL.

THE COURT ASKS IF THIS HEARING CAN BE VACATE AS WELL AS ANY FURTHER HEARINGS.

MR. REAVES RESPONDS YES.

COURT:  THE MATTER IS VACATED.