# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** STEELMAN ENTERPRISES, LLC
**Case Number:** 4:09-BK-33960-BMW  **Chapter:** 12
**Date / Time / Room:** THURSDAY, JUNE 04, 2015 02:30 PM  COURTROOM 1 BK
**Bankruptcy Judge:** BRENDA M. WHINERY
**Courtroom Clerk:** CINDY TURNBULL
**Reporter / ECR:** ALICIA JOHNS

## Matter:

ORDER TO SHOW CAUSE REGARDING MR. FARRINGTON'S REPRESENTATION OF THE DEBTORS THROUGH THE CLOSING OF THE CASE (JT. ADMIN. WITH S & S FARMS PARTNERSHIP, 09-33962 AND CUSTOM TILLAGE & SPRAY, LLC, 09-33963)

R / M #:  96 / 0

## Appearances:

JASON CHANDLER FARRINGTON, ATTORNEY FOR STEELMAN ENTERPRISES, LLC, CUSTOM TILLAGE & SPRAY, LLC, S & S FARMS PARTNERSHIP
DAVID M. REAVES, CH. 12 TRUSTEE
MARYANN STEELMAN, REPRESENTATIVE OF THE DEBTOR, APPEARING BY PHONE

## Proceedings:

COURT:  WHERE DOES THE CHAPTER 12 PLAN STAND?

MR. REAVES STATES THE DEBTOR IS A LITTLE BEHIND, BUT IS MOSTLY CAUGHT UP.  HE WILL FILE A REPORT WITH THE COURT.  THE PLAN PAYMENTS WILL CEASE IN AUGUST, 2015.

COURT:  WHAT IS MR. FARRINGTON'S CURRENT POSITION.

MR. FARRINGTON STATES HE TOOK THIS CASE ON AFTER IT WAS CONFIRMED BY MR. COOK, HE HAS NOT RECEIVED ANY COMPENSATION IN THIS CASE.  HE HAS AGREED WITH THE STATE BAR OF ARIZONA TO NOT PRACTICE LAW FOR TWO YEARS, AND HE ASKS THAT HIS REPRESENTATION OF THE DEBTOR BE TERMINATED.

COURT:  THIS IS AN L.L.C. CASE AND REQUIRES COUNSEL.  THE DEBTOR IS REQUIRED TO OBTAIN SUBSTITUTE COUNSEL FOR THE DURATION OF THE PLAN.  MS. STEELMAN, CAN YOU DO THIS?

MS. STEELMAN STATES THEY DO HAVE AN ATTORNEY WHO IS KEPT ON A RETAINER.

MR. REAVES STATES MR. COOK HAD RECEIVED ALL OF THE PAYMENTS REGARDING REPRESENTATION OF THE DEBTOR IN THIS CASE.  HE DOESN'T THINK THERE WILL BE A BIG PROBLEM WITH THIS CASE SINCE IT IS NEAR THE END.  HE WILL HELP OUT THE DEBTOR, AND WILL WORK WITH THE NEW COUNSEL AS WELL.

COURT:  MR. FARRINGTON CAN'T BE ALLOWED TO CONTINUE.  HIS REPRESENTATION WILL NOT BE TERMINATED TODAY.  MR. FARRINGTON IS ORDERED TO DISCUSS WITH MS. STEELMAN ABOUT GETTING SUBSTITUTE COUNSEL.  IF YOU HAVE ANOTHER ATTORNEY THAT YOU WANT TO USE, THAT SUBSTITUTION OF COUNSEL CAN BE FILED WITH THE COURT, AND THAT ORDER WILL BE SIGNED SUBSTITUTING THAT ATTORNEY FOR MR. FARRINGTON IMMEDIATELY.  MR. FARRINGTON IS REQUIRED TO CONTACT MS. STEELMAN IMMEDIATELY, FIND OUT WHO THEY WISH TO OBTAIN AS COUNSEL OF RECORD, AND GET THE SUBSTITUTION OF COUNSEL ON FILE WITHIN TEN DAYS FROM TODAY.  YOU WILL BE TERMINATED AS COUNSEL OF RECORD AT THAT TIME.

C-M.E. BY BNC TO:
  STEELMAN ENTERPRISES, LLC.
  ARIZONA STATE BAR, 4201 N. 24TH ST., #100, PHOENIX, AZ  85016-6266