**DAVID M. REAVES**
Chapter 12 Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone
(602) 241-0114 Facsimile
trustee@reaves-law.com

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>STEELMAN ENTERPRISES, LLC,<br><br>                Debtor. | Case No. 4:09-bk-33960-BMW<br><br>Chapter 12<br><br>**TRUSTEE'S INTERIM REPORT THROUGH APRIL, 2019** |

DAVID M. REAVES, Chapter 12 trustee herein, respectfully submits the following interim report:

1.     **FILING DATE:** this case was originally commenced on December 31, 2009.

2.     **SECTION 341a MEETING OF CREDITORS:** The Debtor's 341(a) Meeting of Creditors was held and concluded on February 11, 2010. This matter is being jointly administered with Cases 4:09-bk-33962-BMW and 4:09-bk-33963-BMW pursuant to this Court's Order Granting Joint Administration, entered on March 26, 2010.

3.     **CHAPTER 12 PLAN:** On May 21, 2010, the Debtor filed its Chapter 12 plan, and a Stipulated Order confirming the Debtor's Chapter 12 plan was entered on June 16, 2010.

4. **PLAN PAYMENTS:** Pursuant to the Stipulated Order confirming the Chapter 12 plan, the Debtor is to be making monthly payments of $2,573.92, and semi-annual payments of $37,136.28 (due every February 15 and August 15). The Debtor has been making monthly payments of $500.00, and thus is not current on plan payments. The remaining obligations under the plan are as follows: (i) Pinal County secured property taxes: $16,193.65; and (ii) distribution to general unsecured creditors: $14,875.40 (to be distributed pro rata).

5. **PLAN DISTRIBUTIONS:** The Trustee has receipted funds in the total sum of $521,752.98, and disbursed a total of $521,752.98 (including bank fees paid), leaving a balance of $0 held by the estate as of the date of this report. Attached as Exhibit "A" is a specific detail of all receipts and disbursements from the estate. Attached as Exhibit "B" is a specific detail of payments to claimants, as well as the balance owing to those claimants.

Dated this 17th day of April, 2019.

By: /s/ *David M. Reaves*
David M. Reaves,
Chapter 12 Trustee

COPY of the foregoing MAILED
this 17th day of April, 2019, to:

Steelman Enterprises, LLC
PO Box 11006
Casa Grande, Arizona 85130
Debtor

Custom Tillage & Spray, LLC
PO Box 11006
Casa Grande, Arizona 85130-1006
Debtor

S&S Farms Partnership
PO Box 11006
Casa Grande, Arizona 85130
Debtor

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85004

/s/ *Kathleen Arnold*