CHAPTER 12 PLAN PAYMENTS

Date: April 17, 2019

Case Number: 09-33960
Debtor Name: STEELMAN ENTERPRISES, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999 6820-00 | PINAL COUNTY TREASURER<br>PO BOX 729<br>FLORENCE, AZ 85132 | Administrative | | $22,277.77 | $6,084.12 | $16,193.65 |
| 999 2810-00 | INTERNAL REVENUE SERVICE<br>4041 N. CENTRAL AVENUE<br>M/S MS 5014<br>PHOENIX, AZ 85012-5000 | Administrative | | $102,829.57 | $102,829.57 | $0.00 |
| 050 4110-00 | THE ESTATE OF LARRY LOWENTHAL<br>(Debtor are making remaining payments outside of the plan.) | Secured | | $74,562.44 | $74,562.44 | $0.00 |
| 050 4210-00 | JOHN DEERE & CO. | Secured | | $268,133.06 | $268,133.06 | $0.00 |
| 050 4210-00 | AGRICREDIT | Secured | | $20,566.60 | $20,566.60 | $0.00 |
| 050 4210-00 | NAEDA FINANCIAL | Secured | | $6,000.00 | $6,000.00 | $0.00 |
| 050 4210-00 | TRIMBLE FINANCIAL | Secured | | $18,000.00 | $18,000.00 | $0.00 |
| | Case Totals: | | | $512,369.44 | $496,175.79 | $16,193.65 |

Code #: Trustee's Claim Number, Priority Code, Claim Type