1  Michael R. King #005903
2  Jefferson R. Hayden #026264
   **GAMMAGE & BURNHAM P.L.C.**
3      TWO NORTH CENTRAL AVENUE
        15TH FLOOR
        PHOENIX, AZ 85004
4      TELEPHONE (602) 256-0566
        FAX (602) 256-4475
5      EMAIL: KBLAKLEY@GBLAW.COM
   *Attorneys for Nutrien Ag Solutions, Inc.,*
6  *fka Crop Production Services, Inc.*

7              **UNITED STATES BANKRUPTCY COURT**

8                  **DISTRICT OF ARIZONA**

9                                         No.  4:09-bk-33960-BMW
                                                4:09-bk-33962-BMW
10 In re:                                       4:09-bk-33963-BMW
                                          (Jointly Administered)
11 STEELMAN ENTERPRISES, LLC;
   S&S FARMS PARTNERSHIP; and
12 CUSTOM TILLAGE & SPRAY, LLC
                                          Chapter 12
13        Debtors.
14                                        **NOTICE OF SUBSTITUTION OF
                                          COUNSEL FOR NUTRIEN AG
15                                        SOLUTIONS, INC., FORMERLY
                                          KNOWN AS CROP PRODUCTION
16                                        SERVICES**

17

18         Nutrien Ag Solutions, Inc., formerly known as Crop Production Services
19 ("Nutrien"), gives notice that Michael R. King and Jefferson R. Hayden of Gammage &
20 Burnham, PLC are substituted as its counsel of record in place of Kevin J. Blakley
21         The reason for the substitution is that Mr. Blakley is retiring and is thus leaving
22 Gammage & Burnham.  Nutrien is aware of and consents to the substitution for its
23 counsel.
24         All future service on and communications to Nutrien should be directed as
25 follows:
26

Michael R. King
Jefferson R. Hayden
GAMMAGE & BURNHAM, PLC
Two North Central Ave., 15th Floor
Phoenix, Arizona 85004
602-256-0566
MKing@gblaw.com
JHayden@gblaw.com

DATED this 28th day of August 2019.

GAMMAGE & BURNHAM, P.L.C.

By /s/Michael R. King
    Michael R. King
*Attorneys for Nutrien Ag Solutions, Inc.,*
*fka Crop Production Services, Inc.*

E-Filed and copies mailed/e-mailed
on August 28, 2019 as follows:

David M. Reaves
Chapter 12 Trustee
trustee@reaves-law.com

Steelman Enterpises, LLC
P. O. Box 11006
Casa Grande, AZ 85130

Jason Chandler Farrington
Farrington Hardy P.C.
4425 E. Agave Road
Suite 106
Phoenix, AZ 85044

By /s/Elizabeth Guerrero