

# TREASURER PARCEL INQUIRY



PINAL COUNTY

| 404-22-00800 | New Parcel | | Parcel Inquiry Home | Treasurer Home | Contact Us | Help |

**Parcel Inquiry**
- Tax Summary
- Tax Bill/Coupon
- Tax Year Due
- Payment History
- Applied Int/Fees
- Valuations
- Owner History
- Split History
- Update Address
- Tax Bill Estimator
- eNotices Online

**Payments**
- Payment Options
- Pay Online

**Reports**
- Tax Statement
- Payment Receipt
- Tax Receipt

## Tax Summary

**Current Owner Name & Mailing Address**
STEELMAN ENTERPRISES LLC
MAIL RETURN

**Property Description***
BEG AT THE NW CR OF SEC 34-7S-7E, TH E ALONG THE N SEC LINE OF SEC 34 A DIST 863.73'; TH 50' S TO THE TPOB; TH CONT IN AN ELY DIR IN A LINE RUNNING PARALLEL & 50' S OF SAID N SEC LINE OF SEC 34 A DIST OF 157.14'; TH IN A SLY DIR 615' TO A PT ON THE NELY ROW LINE OF I-10; TH IN A NWLY DIR ALONG SAID ROW LINE A DIST OF 196.08'; TH N-497.82' TO THE POB 1.9 AC

Interest Date: 09/30/2019    [Make a Payment]   [View My Tax Bill]

- To avoid additional interest send in your payment prior to the end of the month.

| Parcel # | Tax Year | Status | Billed | Applied Int/Fees | Tax Paid | Due | |
|---|---|---|---|---|---|---|---|
| 404-22-00800 | 2019 | TAX | $3,762.24 | $0.00 | $1,900.00 | $1,862.24 | |
| 404-22-00800 | 2018 | TAX | $3,780.14 | $0.00 | $3,780.14 | $0.00 | |
| 404-22-00800 | 2017 | TAX | $3,926.62 | $0.00 | $3,926.62 | $0.00 | |
| 404-22-00800 | 2016 | TAX | $4,118.40 | $0.00 | $4,118.40 | $0.00 | |
| 404-22-00800 | 2015 | TAX | $4,206.74 | $0.00 | $4,206.74 | $0.00 | |
| 404-22-00800 | 2014 | TAX | $4,082.88 | $0.00 | $4,082.88 | $0.00 | |
| 404-22-00800 | 2013 | TAX | $4,186.98 | $0.00 | $4,186.98 | $0.00 | |
| 404-22-00800 | 2012 | TAX | $3,797.32 | $0.00 | $3,797.32 | $0.00 | |
| 404-22-00800 | 2011 | TAX | $3,576.72 | $0.00 | $3,576.72 | $0.00 | |
| 404-22-00800 | 2010 | TAX | $3,335.92 | $0.00 | $3,335.92 | $0.00 | |
| | | | | | **Total Due:** | **$1,862.24** | |

| ⏮ ◀ 1 ▶ ⏭ | 20 ▼ items per page | 1 - 10 of 10 items |

* This non-legal property description should not be used for legal transference of property. Please refer to prior officially recorded documents for the property's complete legal description. A Link to the Recorded Document Search is provided for your convenience.