# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

**Debtor:** STEELMAN ENTERPRISES, LLC
**Case Number:** 4:09-BK-33960-BMW  **Chapter:** 12
**Date / Time / Room:** WEDNESDAY, SEPTEMBER 16, 2020 10:15 AM   VIDEO CONF HRGS
**Bankruptcy Judge:** BRENDA M. WHINERY
**Courtroom Clerk:** REBECCA VOLZ
**Reporter / ECR:** RHIANNA DOMINGUEZ

### Matter:

DEBTORS' MOTION FOR ENTRY OF DISCHARGE AND FOR ORDER DECLARING LIENS SATISFIED
**R / M #:** 116 / 0

### Appearances:

KELLY BLACK, REPRESENTING THE DEBTORS AND APPEARING BY VIDEOCONFERENCE
STEVE STEELMAN, STEELMAN ENTERPRISES, LLC, APPEARING BY VIDEOCONFERENCE
MARYANN STEELMAN, STEELMAN ENTERPRISES, LLC, APPEARING BY VIDEOCONFERENCE
MISTY WEIGLE, REPRESENTING THE CHAPTER 12 TRUSTEE AND APPEARING BY VIDEOCONFERENCE
YVETTE PATTERSON, REPRESENTING PINAL COUNTY AND APPEARING BY VIDEOCONFERENCE

# Minute Entry

(continue)...    4:09-BK-33960-BMW              WEDNESDAY, SEPTEMBER 16, 2020 10:15 AM

## *Proceedings:*

The Court states that the plan provided for payment of Pinal County's claim and also provided that the taxes were to be brought current. What is the status?

Mr. Black reports that there is a disagreement between the debtors and Pinal County as to the amount of taxes paid. The debtors believe that the taxes are current. The debtors paid all of their plan payments.

Ms. Weigle reports that the trustee believes the taxes were satisfied. The trustee sent payments to Pinal County but eventually stopped sending those payments because they were being returned. At the time, the trustee's office was informed that the debtors had been making additional payments outside the plan.

The Court states that if the trustee was sending payments and those payments were returned, then that may be the cause of any accounting discrepancies.

Ms. Patterson states that Pinal County objected on the basis that the claim was not paid in full. The Pinal County Treasurer's Office believed that a claim had been filed in one of the jointly administered cases but it is unclear what actually happened to that claim form. It is possible that payments from the Chapter 12 Trustee were applied incorrectly. Further investigation is needed.

The Court asks about payments that were made outside of the plan. Were those payments made directly to Pinal County? Is there an accounting of those payments?

Mr. Black confirms that payments were made directly to Pinal County. He believes those payments are accurately reflected in Pinal County's objection.

The Court asks about the returned payments. Does the trustee still have those funds?

Ms. Weigle reports that the trustee does not have the returned funds. All of the funds have been distributed. She can provide an accounting of the returned checks. It will take some time to compile that information because over $550,000.00 has been distributed.

COURT: A CONTINUED HEARING WILL BE SET TO ALLOW THE PARTIES TIME TO CLARIFY THE ACCOUNTING. THE PARTIES ARE TO WORK TOGETHER TO TRY TO RESOLVE THIS MATTER PRIOR TO THE NEXT HEARING. A CONTINUED HEARING IS SET FOR WEDNESDAY 10/21/2020 AT 10:15 A.M.

**SUBSEQUENT TO THE HEARING**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...     4:09-BK-33960-BMW          WEDNESDAY, SEPTEMBER 16, 2020 10:15 AM

COURT: A CONTINUED HEARING IS SET FOR WEDNESDAY 10/21/2020 AT 10:15 A.M. ANY INTERESTED PARTY IS TO APPEAR BY TELEPHONE BY CALLING 1.877.873.8017 WITH ACCESS CODE 7011796. CONFIRM A TELEPHONIC APPEARANCE BY SENDING AN EMAIL TO COURTROOM DEPUTY REBECCA VOLZ, AT REBECCA_VOLZ@AZB.USCOURTS.GOV, AT LEAST THREE (3) BUSINESS DAYS PRIOR TO THE HEARING. THE EMAIL IS TO INCLUDE THE FULL NAME OF THE PERSON APPEARING AND THAT PERSON'S RELATIONSHIP TO THE CASE, THE CASE NAME, AND THE CASE NUMBER.